IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICARDO MORALES VASQUEZ : CIVIL ACTION

v. :

ROBERT GILMORE, et al. : NO. 17-3284

## ORDER

AND NOW, this *14th* day of *March* , 2018, upon careful and

independent consideration of the pleadings and record herein, and after review of the Report and

Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

## ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's claims are **DISMISSED** as barred by the statute of limitations,

   28 U.S.C. § 2244(d);

5. A certificate of appealability is not granted.

BY THE COURT:

_____

MITCHELL S. GOLDBERG, J.